Richard D. Oppenheim, Jr. (Bar No. 77647)
**SYLVESTER & OPPENHEIM**
5950 Canoga Avenue, Suite 550
Woodland Hills, California 91367-5011
Telephone: (818) 226-5500
Facsimile: (818) 226-6410

Attorneys for Defendant
ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 1999
CENTRAL D...

LODGED
CLERK, U.S. DISTRICT COURT
JUN 17 1999
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 23 1999
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS PORTER, | CASE NO. CV-98-3171 RAP (CWx) |
| Plaintiff, | |
| v. | |
| ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; and DOES 1 through 100, Inclusive, | STIPULATION RE DISMISSAL OF COMPLAINT WITH PREJUDICE; ORDER OF DISMISSAL |
| Defendants. | |

THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE TO THE FOLLOWING:

1.  That this action be dismissed with prejudice;
2.  That each party to this action will bear its own costs and attorney's fees.

DATED: June 11, 1999         BLEU, FOX & GOLDBERG

                             _____
                             Martin Fox
                             Attorneys for Plaintiff CURTIS PORTER

DATED: June 16, 1999         SYLVESTER & OPPENHEIM

                             _____
                             Richard D. Oppenheim, Jr.
                             Attorneys for Defendant ANTELOPE VALLEY
                             UNION HIGH SCHOOL DISTRICT

✓ Docketed
__ Mld. copy Ptys
✓ Sent Notice Ptys
✓ JS-6

1

ENTERED ON ICMS JUN 23 1999

Porter v. AVUHSD -
Stipulation Re Dismissal
Page 2

# ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

DATED: 6-21-99

Honorable Richard A. Paez
U.S. District Court Judge

2